UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANN WILCOXON,  Plaintiff,<br><br>-v-<br><br>TELLURIAN, INC., et al.,  Defendant. | Case No._____<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ANN WILCOXON (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** 8/29/2024

*Evan J. Smith*
**Signature of Attorney**

**Attorney Bar Code:** ES3254

Form Rule7_1.pdf   SDNY Web 10/2007